**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Donald C. Anderson**, | ) | **CASE NO. 1:16 CV 1086** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **Nancy A. BerryHill,** | ) | <u>**Judgment Entry**</u> |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

This Court, having ACCEPTED the Report and Recommendation of Magistrate Judge Jonathan D. Greenberg (Doc. 20), hereby enters judgment in favor of defendant and against plaintiff.

IT IS SO ORDERED.

                                                /s/ Patricia A. Gaughan
                                                PATRICIA A. GAUGHAN
                                                United States District Judge

Dated: 4/3/17